29 So.2d 894

**Charley BURNS v. STATE.**

**8 Div. 546.**

Court of Appeals of Alabama.
Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 174

**James Robert BURUS v. STATE.**

**8 Div. 569.**

Court of Appeals of Alabama.
June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

35 So.2d 917

**Joe CADDIS v. STATE.**

**6 Div. 537.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

36 So.2d 608

**CALEDONIAN AMERICAN INSURANCE CO. v. Rosa Lee THOMAS.**

**7 Div. 922.**

Court of Appeals of Alabama.
May 27, 1948.

Davies & Mead, of Birmingham, for appellant.

Earle Montgomery, of Talladega, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

33 So.2d 274

**M. D. CALLAHAN v. Eva W. DENT.**

**6 Div. 507.**

Court of Appeals of Alabama.
Dec. 16, 1947.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

32 So.2d 174

**Harry CALLOUGH v. STATE.**

**6 Div. 421.**

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.